AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **ANTWAN M CARRUTHERS** *Transgender Person: Mrs. Eye Keyla My'Twana Carruthers Washington (married)* <br> *also known as* <br> Eye Keyla M Carruthers Washington <br> *also known as* <br> Antwan M Carruthers Washington <br> Plaintiff <br> v. <br> **WESTVILLE CORRECTIONAL EMPLOYEES,** <br> **WESTVILLE CORRECTIONAL OFFENDERS** <br> Defendant | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-501 ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff _____.

**X** other:   The case is closed as inadvertently opened

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

DATE:   6/22/2023                                       *Chanda J. Berta, Clerk of Court*

by   s/ N. Eddy
*Signature of Clerk or Deputy Clerk*