AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **ANTWAN M CARRUTHERS** *Transgender Person: Mrs. Eye Keyla My'Twana Carruthers Washington (married)*<br>*also known as*<br>Eye Keyla M Carruthers Washington<br>*also known as*<br>Antwan M Carruthers Washington<br>Plaintiff<br>v.<br>**WESTVILLE CORRECTIONAL EMPLOYEES,**<br>**WESTVILLE CORRECTIONAL OFFENDERS**<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-501<br>)<br>)<br>) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff _____ .

**X** other: ___The case is closed as inadvertently opened___

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty

DATE: 6/22/2023

*Chanda J. Berta, Clerk of Court*

by  s/ N. Eddy
*Signature of Clerk or Deputy Clerk*